DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**BENOIT SAGET,**
Appellant,

v.

**HUNIA JOSEPH,**
Appellee.

No. 4D2023-2404

[May 2, 2024]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Rosemarie Scher, Judge; L.T. Case No. 502018DR008387XXXSB.

Benoit Saget, Boca Raton, pro se.

Hunia Joseph, Delray Beach, pro se.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., GROSS and FORST, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***